IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BONG TRAN, | ) | |
| | ) | 4:05CV3233 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| JUAN SOTO, CITIBANK FINANCIAL | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| And DOES 1-10 inclusive | ) | |
| | ) | |
| Defendants. | ) | |

A Consent to Exercise of Jurisdiction by United States Magistrate Judge has not been filed.  Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 1st day of November, 2005.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court