IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BONG TRAN, | ) | 4:05CV3233 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., JUAN SOTO, CITIBANK FINANCIAL SERVICES, INC., and DOES 1-10, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' joint Stipulation for Dismissal with prejudice (filing 11) and Fed. R. Civ. P. 41, this action is dismissed against all defendants with prejudice.

November 22, 2005.

BY THE COURT:
*s/Richard G. Kopf*
United States District Judge